## RECONSIDERATION DOCKET

**85–712.** State v. Buell. *Cuyahoga County,* No. 48621. Reported at 70 Ohio St.3d 1211, 639 N.E.2d 110. On motion for reconsideration. Motion denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**92–2273.** Dandino v. Hoover. *Lucas County,* No. L–91–078. Reported at 70 Ohio St.3d 506, 639 N.E.2d 767. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

RESNICK, J., not participating.

**93–808.** Horner v. Toledo Hosp. *Lucas County,* No. L–91–417. Reported at 70 Ohio St.3d 1211, 639 N.E.2d 109. On motion for reconsideration. Motion denied.

**93–1811.** State ex rel. Martines v. Cleveland City School Dist. Bd. of Edn. *Cuyahoga County,* No. 64837. Reported at 70 Ohio St.3d 416, 639 N.E.2d 80. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

On request for oral argument. Request denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

**93–2038.** Stewart v. Kennedy. *Hamilton County,* No. C–920152. Reported at 70 Ohio St.3d 536, 639 N.E.2d 790. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**94–1311.** Nozik v. Mentor Lagoons, Inc. *Lake County,* No. 93–L–057. Reported at 70 Ohio St.3d 1454, 639 N.E.2d 793. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**94–1351.** Grigsby v. Anesthesiologists of Southwestern Ohio, Inc. *Hamilton County,* No. C–930008. Reported at 70 Ohio St.3d 1455, 639 N.E.2d 793. On motion for reconsideration. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.